

July 10, 2025



Dear Rachel Mosser:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8111 0549 5892 4405 73**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | June 30, 2025, 2:38 pm |
| Location: | GLENDALE, CA 91209 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Block Inc d b a CashApp c o CT Corporation Syst |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient: X [signature] Printed Name: Juan P...

Address of Recipient: 330 N Brand # 700

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8111 0549 5892 4405 73

ARTICLE ADDRESSED TO:
Block, Inc., d/b/a CashApp
c/o CT Corporation System, Reg. Agnt.
330 N Brand Blvd Ste 700
Glendale CA 91203-2336

FEES
Postage Per Piece     2.31
Certified Fee         4.85
Total Postage & Fees: $9.78    Postmark Here

Ronald + Sarah Nobles 6/24