
UNITED STATES POSTAL SERVICE


PLAINTIFF'S EXHIBIT B

July 10, 2025

Dear Rachel Mosser:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8111 0549 5892 4430 24**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 1, 2025, 5:07 am |
| **Location:** | WILMINGTON, DE 19801 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Block Inc d b a CashApp c o The Corportation Tr |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

Signature of Recipient: X A N [illegible]
Printed Name: A Manin
Address of Recipient: [illegible] Corporation

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8111 0549 5892 4430 24

ARTICLE ADDRESSED TO:

Block, Inc., d/b/a CashApp
c/o The Corportation Trust Co., RA
1209 N Orange St
Wilmington DE 19801-1120

FEES
Postage Per Piece        2.31
Certified Fee            4.85
Total Postage & Fees:    $9.78        Postmark Here

Ronald + Sarah Nobles 6/24